NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIRAJ PROFILES LIMITED,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**VALBRUNA SLATER STAINLESS, INC.,
VALBRUNA STAINLESS INC., ACCIAIERIE
VALBRUNA S.P.A.,**
*Intervenors*

---

2016-2482

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-933.

---

**JUDGMENT**

---

ROBERT A. JAFFE, Kutak Rock LLP, Washington, DC, argued for appellant. Also represented by LIZBETH ROBIN LEVINSON.

LUCY GRACE D. NOYOLA, Office of the General Counsel, United States International Trade Commission,

Washington, DC, argued for appellee.  Also represented by WAYNE W. HERRINGTON, SIDNEY A. ROSENZWEIG, DOMINIC L. BIANCHI.

STEFAN MENTZER, White & Case LLP, New York, NY, argued for intervenors.  Also represented by DIMITRIOS T. DRIVAS; GREGORY J. SPAK, JAMES P. GAGEN, TING-TING KAO, SONIA W. MURPHY, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, LINN, and HUGHES, *Circuit Judges*).
### AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  September 11, 2017  | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |